ACCEPTED
03-14-00257-CV
5333941
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/19/2015 9:37:27 AM
JEFFREY D. KYLE
CLERK

# McElroy, Sullivan, Miller
## Weber & Olmstead, L.L.P.
### Attorneys at Law

MAILING ADDRESS
P.O. BOX 12127
AUSTIN, TX 78711

1201 SPYGLASS DRIVE
SUITE 200
AUSTIN, TX 78746
WWW.MSMTX.COM

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/19/2015 9:37:27 AM
JEFFREY D. KYLE
Clerk

TELEPHONE
(512) 327-8481
(512) 327-6566

May 19, 2015

*Via E-File*

Jeffrey D. Kyle
Clerk of the Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Re:  Court of Appeals Number: 03-14-00257-CV; *Maverick County, City of Eagle Pass, Maverick County Hospital District, Maverick County Environmental and Public Health Association and George Baxter v. Railroad Commission of Texas, Dos Republicas Coal Partnership, Camino Real Fuels and North American Coal Company*

Dear Mr. Kyle:

Appellants Maverick County Environmental and Public Health Association and George Baxter confirmed by letter on March 30, 2015, Tom M. Weber intended to argue the above-referenced case at oral argument, set for Wednesday, May 20, 2015 at 9:00 a.m. This letter is to apprise the Court that undersigned counsel will appear on behalf of the foregoing Appellants.

If I can assist you with additional information regarding this appeal, please contact me.

Sincerely,

Adam M. Friedman
Attorney for Maverick County Environmental and
Public Health Association and George Baxter

cc:  All Counsel of Record (*Via E-Service*)